1 **RANDY RUMPH**  (SBN:  232235)
1401 - 19TH STREET, SUITE 200
2 BAKERSFIELD, CALIFORNIA   93301
PHONE: (661) 322-4600
3
4 ATTORNEY FOR PLAINTIFF ANITA GONZALEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ANITA GONZALEZ, an individual, | CASE NO. CASE NO. 1:13-CV-00086-LJO-JLT |
|---|---|
| PLAINTIFF, | |
| vs. | **RESPONSE OF PLAINTIFF TO COURT'S ORDER DATED 3/7/13 RELATING TO MOTIONS TO STRIKE AND DISMISS** |
| CITY OF MCFARLAND, CALIFORNIA; JOHN WOONER; MANUEL CANTU; DOES 1 through 100. | |
| DEFENDANTS. | |

Plaintiff's response to the court's order dated 3/17/13 is that Plaintiff intends to file an amended complaint.  It was unclear whether the court wanted the Plaintiff to actually file such a proposed amended complaint with this response.  Plaintiff will await further instruction as to when to file such an amended complaint.


DATED:    March 18, 2013                     /s/ Randy Rumph

RANDY RUMPH
ATTORNEY FOR ANITA GONZALEZ

Page -1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page -2-