1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA GONZALEZ, | CASE NO. CV F 13-0086 LJO JLT |
| Plaintiff, | **ORDER TO ASSIGN ACTION TO U.S. MAGISTRATE JUDGE FOR ALL PURPOSES AND TO ORDER FILING AND SERVICE OF AMENDED COMPLAINT** |
| vs. | (Docs. 11-13.) |
| CITY OF McFARLAND, et al., | |
| Defendants. _____ / | |

All parties have consented to the conduct before a United States Magistrate Judge of all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. §636(c)(1). Accordingly, this Court REASSIGNS this action to United States Magistrate Judge Jennifer L. Thurston for all further proceedings.  Further papers shall bear the new case number **CV F 13-0086 JLT**.

Based on plaintiff's response to this Court's March 7, 2013 order, this Court ORDERS plaintiff, no later than April 4, 2013, to file and serve an amended complaint.  Based on the anticipated amended complaint, this Court VACATES the April 17, 2013 hearing on the defense motions to dismiss and strike set before U.S. District Judge Lawrence J. O'Neill.   If plaintiff fails to file and serve an amended complaint, defendants may reset the motions to dismiss and to strike before

1  U.S. Magistrate Judge Thurston.

2

3

4  IT IS SO ORDERED.

5

6  Dated:   **March 19, 2013**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28