1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11    ANITA GONZALEZ,                        )   Case No.: 1:13-cv-00086 - JLT
                                             )
12                 Plaintiff,                )   ORDER GRANTING THE PARTIES' REQUEST
                                             )   FOR AN EXTENTION OF TIME FOR PLAINTIFF
13         v.                                )   TO FILE AN AMENDED COMPLAINT NUNC
                                             )   PRO TUNC
14    CITY OF McFARLAND, et al.,             )
                                             )
15                 Defendants.               )   (Doc. 33)
                                             )
16    _____       )

17         The Court ordered Plaintiff to file her Second Amended Complaint, whether by stipulation or

18    motion, no later than July 8, 2013.  (Doc. 32 at 2).  On July 9, 2013, the parties filed a stipulation

19    accompanied by Plaintiff's Second Amended Complaint, requesting the Court grant an extension of

20    time for the filing.  (Doc. 33).

21         Accordingly, IT IS HEREBY ORDERED:  The parties' request for an extension of time for

22    Plaintiff to file her Second Amended Complaint is GRANTED nunc pro tunc.

23

24    IT IS SO ORDERED.

25      Dated:   **July 10, 2013**                      **/s/ Jennifer L. Thurston**
26                                            UNITED STATES MAGISTRATE JUDGE

27

28

                                             1