# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA GONZALEZ, | Case No.: 1:13-cv-0086 - JLT |
| Plaintiff, | ORDER SETTING SETTLEMENT CONFERENCE |
| v. | |
| CITY OF MCFARLAND, et al., | |
| Defendants. | |

In their joint pretrial conference statement, the parties indicated they were interesting in discussing settlement of the matter and requested the Court scheduled a settlement conference.  (Doc. 51 at 13)  Thus, the Court **ORDERS**:

1. A settlement conference is set on **October 2, 2014 at 10:30 a.m.**, Courtroom 10 at the Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Fresno, California, before the Honorable Gary S. Austin;

2. Unless otherwise permitted in advance by the Court, the attorneys who will try the case **SHALL** appear at the Settlement Conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference.

3. Each party **SHALL** lodge a confidential settlement conference statement to GSAOrders@caed.uscourts.gov no later than 10 a.m. on September 25, 2014;

4. The Confidential Settlement Conference Statement shall include a frank and non-argumentative discussion of following:

A. A brief statement of the facts of the case;

B. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute;

C. A summary of the proceedings to date;

D. An estimate of the cost and time to be expended for discovery, pretrial and trial;

E. The relief sought;

F. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated: **September 17, 2014**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE