**RANDY RUMPH**  (SBN: 232235)
1401 - 19TH STREET, SUITE 200
BAKERSFIELD, CALIFORNIA   93301
PHONE: (661) 322-4600

ATTORNEY FOR PLAINTIFF ANITA GONZALEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA GONZALEZ, an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>CITY OF MCFARLAND, CALIFORNIA; JOHN WOONER; MANUEL CANTU; DOES 1 through 100.<br><br>DEFENDANTS. | CASE NO. 1:13-CV-00086-JLT<br><br>PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENSE MOTION IN LIMINE #7<br><br>Date: November 5, 2014<br>Time: 1:30 p.m. |

Plaintiff does not oppose this motion.

DATED:   October 24, 2014

/s/ Randy Rumph
RANDY RUMPH
ATTORNEY FOR ANITA GONZALEZ