# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     CALIFORNIA

ANITA GONZALEZ
V.
CITY OF McFARLAND

**EXHIBIT AND WITNESS LIST**

Case Number:  1:13-cv-00086-JLT

| PRESIDING JUDGE<br>Jennifer L. Thurston | PLAINTIFF'S ATTORNEY<br>Randall Rumph | DEFENDANT'S ATTORNEY<br>Jessee Maddox & Kimberly Horiuchi |
|---|---|---|
| TRIAL DATE (S)<br>11/12/2014 | COURT REPORTER<br>ECRO/FTR - Otilia Figueroa | COURTROOM DEPUTY<br>Susan Hall |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/12/2014 | | X | Joint Exhibits admitted |
| X | | 11/12/2014 | | | WITNESS #1: Cecilia Medina sworn/testified |
| X | | 11/12/2014 | | X | PX3: City of McFarland job posting |
| | X | 11/12/2014 | X | X | DX527: Declaration of Cecilia Medina |
| X | | 11/12/2014 | | | WITNESS #2: Sylvia Escalante sworn/testified |
| X | | 11/13/2014 | | | WITNESS #3: Gregory Herrington deposition testimony read into the record |
| X | | 11/13/2014 | | | WITNESS #4: Anita Gonzalez sworn/testified |
| X | | 11/13/2014 | | X | PX17: Anita Gonzalez Job Description |
| X | | 11/13/2014 | | X | PX7: Performance Appraisal |
| X | | 11/13/2014 | | X | PX8: Performance Appraisal |
| X | | 11/13/2014 | | X | PX9: Performance Appraisal |
| X | | 11/13/2014 | | X | PX10: Performance Evaluation |
| X | | 11/13/2014 | | X | PX11: Performance Evaluation |
| X | | 11/13/2014 | | X | PX18: CD (recording of 6/22/2012 meeting) |
| X | | 11/13/2014 | | X | PX4: Severance Agreement and Release |
| | X | 11/13/2014 | | X | DX506: Letter from Alicia Puentes dated 10/3/2012 |
| X | | 11/13/2014 | | X | PX4: Letter from City of McFarland dated 8/14/2014 (PX4 combined with PX13 and PX6) |
| | X | 11/13/2014 | | X | DX524: Transcript of Staff Meeting - June 21, 2012 |
| | X | 11/13/2014 | X | X | DX528: Plaintiff's Response to Request for Admissions, Set One |
| | X | 11/13/2014 | | X | DX523: Transcript of Meeting - July 26, 2012 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages