**RANDY RUMPH**  (SBN: 232235)
1401 - 19TH STREET, SUITE 200
BAKERSFIELD, CALIFORNIA   93301
PHONE: (661) 322-4600

ATTORNEY FOR PLAINTIFF ANITA GONZALEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA GONZALEZ, an individual,<br>                               PLAINTIFF, | CASE NO. 1:13-CV-00086-JLT |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE |
| CITY OF MCFARLAND, CALIFORNIA; JOHN WOONER; MANUEL CANTU; DOES 1 through 100.<br>                               DEFENDANTS. | |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), each party to bear its own costs and attorneys' fees.

DATED:   November 28, 2014         /s/ Randy Rumph
_____
**RANDY RUMPH**
ATTORNEY FOR PLAINTIFF


LIEBERT CASSIDY & WHITMORE

/s/ Jesse Maddox
_____
By:   **JESSE MADDOX**
ATTORNEYS FOR DEFENDANTS

Page -1-