# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA GONZALEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF MCFARLAND, et al.,<br><br>          Defendants. | Case No.: 1:13-cv-0086 - JLT<br><br>ORDER GRANTING STIPULATION OF DISMISSAL<br><br>(Doc. 107) |

The stipulation of the parties is accepted and approved, and this action is hereby **DISMISSED** with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  **January 12, 2015**          /s/ Jennifer L. Thurston
                                                             UNITED STATES MAGISTRATE JUDGE